IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–56 –M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| PAUL JOSEPH RICHTER, | |
| Defendant. | |

Defendant Paul Joseph Richter was appointed counsel under the Criminal Justice Act ("CJA"). (Doc. 5.) The Order appointing CJA counsel states, "pursuant to 18 U.S.C. § 3006, if investigation reveals that the Defendant owns or has control over assets not disclosed herein, the Defendant will be required to reimburse the United States for all or part of the defense costs expended in his behalf." (*Id.* at 2.) Since Richter provided financial information, the PSR investigation revealed that he sold his home, which resulted in income of $44,000. (*See* PSR ¶ 85.) In light of this updated financial information, which was confirmed at the April 25, 2022 sentencing hearing, Richter will be required to partially reimburse the cost of CJA counsel. *See* Guide to Judicial Policy, Vol. 7 § 210.40.30(d). This repayment shall be made by check or money order to the clerk of court for deposit into the Treasury. *See id.* § 230.40(c).

1

Additionally, PSR ¶ 85 indicates that Richter has continued to receive federal benefits through the Department of Veterans Affairs. At sentencing, Richter indicated that he received monthly payments of $417 in November and December 2022, and he received monthly payments of $460 in January, February, and March 2022, despite being incarcerated. Accordingly, Richter will be required to repay those benefits.

Accordingly, IT IS ORDERED that:

(1) Richter must repay the CJA appropriations in the amount of $5,000 by check or money order to the clerk of court for deposit into the Treasury. Guide to Judicial Policy, Vol. 7 § 230.40(c). This payment shall be due within ten days of the date of this Order.

(2) Richter shall repay the total amount of benefits he received from the Department of Veterans Affairs. Within sixty days of the date of this Order, Richter shall submit proof that he repaid any benefits received from the Department of Veterans Affairs

DATED this 25 day of April, 2022.

Donald W. Molloy, District Judge
United States District Court