IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–56–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| PAUL RICHTER, | |
| Defendant. | |

Defendant Paul Richter's unopposed Motion for Early Termination of Supervised Release is now before the Court. (Doc. 37.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 37) is GRANTED. As of the date of this Order, Defendant's supervision is terminated.

DATED this 14th day of November, 2025.

_____
Donald W. Molloy, District Judge
United States District Court